UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DALE WYSOCKI,<br><br>　　　　　　　　Plaintiff(s),<br><br>vs.<br><br>DIKRAN DOURIAN,<br><br>　　　　　　　　Defendant(s). | Case No. 2:17-cv-00333-JAD-NJK<br><br>ORDER<br><br>(Docket Nos. 11-12) |

On July 12 and 13, 2017, Defendant filed notices of issuance of subpoenas. Docket No. 11-12. Discovery-related documents should not be filed unless ordered by the Court. *See* Local Rule 26-8; *see also* Fed. R. Civ. P. 5(d)(1). No such order has been entered by the Court in this case. Accordingly, the Court **STRIKES** the documents filed at Docket Nos. 11-12 and instructs the parties to refrain from filing discovery documents on the docket in the future absent a Court order that they do so.

IT IS SO ORDERED.

Dated: July 13, 2017

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　NANCY J. KOPPE
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge