# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

Dale Wysocki

Plaintiff,

V.

Dikran Dourian

Defendant.

**JUDGMENT IN A CIVIL CASE FOR ATTORNEY'S FEES**

Case Number: 2:17-cv-00333-JAD-NJK

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that judgment has been entered as follows:

Plaintiff to pay Defendant attorneys' fees in the amount of $925 within 30 days.

10/20/2017

Date

/s/ Debra K. Kempi

Clerk

/s/ Angela Reyes

(By) Deputy Clerk