Christopher Turtzo, Esq.
NV Bar No. 10253
Jennifer Saccuzzo, Esq.
NV Bar No 6807
MORRIS, SULLIVAN, LEMKUL & PITEGOFF, LLP
3770 Howard Hughes Parkway, Ste. 170
Las Vegas, NV 89169
Telephone: (702) 405-8100
Telecopier: (702) 405-8101

*Attorneys for Defendant Dikran Dourian*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DALE WYSOCKI, individually and as Executor of the Estate MICHAEL WYSOCKI, <br><br>Plaintiffs, <br><br>vs. <br><br>DIKRAN DOURIAN, individually, DOE INDIVUDUALS I through X, inclusive and ROE ENTITIES I through X, inclusive, <br><br>Defendant. | Case No.:  2:17-CV-00333-JAD-NJK <br><br>**STIPULATION AND ORDER TO EXTEND DEADLINES** |

Regarding Docket No. 26, the parties, by and through their counsel of record, hereby stipulate that they shall have an additional two days, up to and including November 30, 2017, to file their Notice of Agreement for Attorney Fees as well as an additional two days, up to and including December 1, 2017, for Defendant to file a Motion for Attorney's Fees (if needed).

The reason for the stipulation is due to Plaintiff's counsel needing additional time to confer with Plaintiff to ascertain whether Plaintiff will agree to Defendant's attorney's fees demand.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

This is the first stipulation for extension of time regarding the matters herein.

Dated this 28th day of November, 2017

COLQUITT & ABBATANGELO, LTD.

_____
Ronald A. Colquitt, Esq.
NV Bar No. 4953
321 S. Casino Center Blvd., Suite 112
Las Vegas, Nevada 89101
*Attorney for Plaintiff*

Dated this 28th day of November, 2017

MORRIS SULLIVAN LEMKUL & PITEGOFF, LLP.

/s/ Christopher Turtzo
Christopher A. Turtzo, Esq.
NV Bar No. 10253
Jennifer Saccuzzo, Esq.
NV Bar No. 6807
3770 Howard Hughes Parkway, Ste. 170
Las Vegas, NV 89169
*Attorneys for Defendant Dikran Dourian*

## ORDER

Pursuant to the foregoing stipulation of the Parties, IT IS SO ORDERED.

DATED this 28th day of November, 2017.

_____
UNITED STATES MAGISTRATE JUDGE