Christopher Turtzo, Esq.
NV Bar No. 10253
Jennifer Saccuzzo, Esq.
NV Bar No 6807
MORRIS, SULLIVAN, LEMKUL & PITEGOFF, LLP
3770 Howard Hughes Parkway, Ste. 170
Las Vegas, NV 89169
Telephone: (702) 405-8100
Telecopier: (702) 405-8101

*Attorneys for Defendant Dikran Dourian*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DALE WYSOCKI, individually and as Executor of the Estate MICHAEL WYSOCKI,<br><br>Plaintiffs,<br>vs.<br><br>DIKRAN DOURIAN, individually, DOE INDIVUDUALS I through X, inclusive and ROE ENTITIES I through X, inclusive,<br><br>Defendant. | Case No.: 2:17-CV-00333-JAD-NJK<br><br>**NOTICE OF AGREEMENT OF ATTORNEY'S FEES** |

Whereas this Court issued its Order [*i.e. Docket No. 26*] on Defendant DIKRAN DOURIAN's Second Motion for Sanctions Against Plaintiff DALE WYSOCKI [*i.e. Docket No. 21*], the parties, by and through their counsel of record, have agreed upon a figure regarding the amount of attorney's fees that Plaintiff DALE WYSOCKI should pay as a result of the attorney's fees incurred by Defendant DIKRAN DOURIAN in connection with bringing his Second Motion for Sanctions and having his counsel appear at the hearing for the same. This figure is One-Thousand Eight-Hundred and Eighty-Eight Dollars ($1,888.00), and Plaintiff Dale WYSOCKI agrees to pay the same to Defendant DIKRAN DOURIAN's counsel by January 5, 2018.

////

////

////

////

1

As such the parties hereby give Notice to the Court of their agreement of attorney's fees, and request that the Court issue an Order on the parties' agreement that Plaintiff DALE WYSOCKI pay the sum of One-Thousand Eight-Hundred and Eighty-Eight Dollars ($1,888.00) to Defendant DIKRAN DOURIAN's counsel (i.e. Morris, Sullivan, Lemkul & Pitegoff, LLP) on or before January 5, 2018.

Dated this 1st day of December, 2017

COLQUITT & ABBATANGELO, LTD.

/s/Ronald Colquitt
Ronald A. Colquitt, Esq.
NV Bar No. 4953
321 S. Casino Center Blvd., Suite 112
Las Vegas, Nevada 89101
*Attorney for Plaintiff*

Dated this 1st day of December, 2017

MORRIS SULLIVAN LEMKUL & PITEGOFF, LLP.

/s/ Christopher Turtzo
Christopher A. Turtzo, Esq.
NV Bar No. 10253
Jennifer Saccuzzo, Esq.
NV Bar No. 6807
3770 Howard Hughes Parkway, Ste. 170
Las Vegas, NV 89169
*Attorneys for Defendant Dikran Dourian*

### **ORDER**

Pursuant to the foregoing agreement of the Parties, IT IS SO ORDERED that Plaintiff DALE WYSOCKI pay the sum of One-Thousand Eight-Hundred and Eighty-Eight Dollars ($1,888.00) to Defendant DIKRAN DOURIAN's counsel (i.e. Morris, Sullivan, Lemkul & Pitegoff, LLP) on or before January 5, 2018.

DATED this __4__ day of __December__, 2017.

_____
UNITED STATES MAGISTRATE JUDGE